```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA,         :
                                  :
        - v. -                    :
                                  :
MARLON COLE,                      :
                                  :
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - - - x
```

☛ **ORIGINAL**

**07 CRIM 386**

NOTICE OF INTENT TO
FILE AN INFORMATION

*McMahon, J.*

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 12, 2007

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     _____
                                Parvin Moyne
                                Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By:     _____
                                Richard Boulware, Esq.
                                Attorney for MARLON COLE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/07
```

4/18/07   WHEEL A