**Judge McMahon**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       -v.-

MARLON COLE,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

INFORMATION

07 Cr.

**07CRIM. 386**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 07 2007

COUNT ONE

The United States Attorney charges:

On or about February 7, 2006, in the Southern District of New York and elsewhere, MARLON COLE, the defendant, unlawfully, willfully, and knowingly, in a matter within the jurisdiction of the executive branch of the Government of the United States, did falsify, conceal and cover up by a trick, scheme, and device a material fact, and did make a materially false, fictitious, and fraudulent statement and representation, and did make and use a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, to wit, COLE submitted a false birth certificate in support of an application for a United States passport and falsely stated in the application that he was born in Queens, New York.

     (Title 18, United States Code, Section 1001.)

                                       MICHAEL J. GARCIA
                                       United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARLON COLE,

Defendant.

Information
07 Cr. (___)

(18 U.S.C. § 1001)

MICHAEL J. GARCIA
United States Attorney.

5/7/07 F/d Inf & Waiver of Ind
AUSA Adam Hickey pres.
Deft atty Richard Bodnar pres
w/deft Marlon Cole. Deft pled N/G
to Inf. Bail Cont. T/E to 6/1/07
Mag Judge Peck