**07CRIM. 386**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :

      v.                                 :

                                                        07 Cr.

MARLON COLE,                       :

            Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 1001, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*Judge McMahon*

                                                         _____
                                                         Defendant

                                                         _____
                                                         Witness

                                                         _____
                                                         Counsel for Defendant

Date:  New York, New York
          May ___, 2007

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 7 2007*

0202