

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :
            -v.-                :    NOLLE PROSEQUI
                                :
MARLON COLE,                    :    07 Cr. 386 (CM)
                                :
            Defendant.          :
                                :
                                :
                                :
- - - - - - - - - - - - - - - - x
```

1.  The filing of this <u>nolle prosequi</u> will dispose of this case with respect to MARLON COLE, the defendant.

2.  On May 7, 2007, MARLON COLE, the defendant, waived indictment before Magistrate Judge Michael H. Dolinger. The Information, 07 Cr. 386 (CM), charges MARLON COLE, the defendant, with unlawfully, willfully, and knowingly, in a matter within the jurisdiction of the executive branch of the Government of the United States, falsifying concealing, and covering up by a trick, scheme, and device a material fact, and making a materially false, fictitious, and fraudulent statement and representation, making and using a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, in violation of Title 18, United States Code Section, 1001.

3.  Based upon a review of the evidence and information pertaining to this defendant acquired subsequent to the filing of the Information, it has been concluded that further

MICROFILM AUG 22 2007 -3㎜PM

Returned to chambers for scanning on ___8.23.07___
Scanned by chambers on _____

prosecution of MARLON COLE, the defendant, would not be in the interests of justice.

    4.   In light of the foregoing, I recommend that an order of nolle prosequi be filed as to defendant MARLON COLE with respect to Information 07 Cr. 386.

/s/ Parvin Moyne
Parvin Moyne
Assistant United States Attorney
(212) 637-2510

Dated:   New York, New York
           May 30, 2007

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to defendant MARLON COLE, the defendant, with respect to Information 07 Cr. 386.

                                              MICHAEL J. GARCIA
                                              United States Attorney
                                              Southern District of New York

Dated:    New York, New York
              May 30, 2007


SO ORDERED:                        _____
                                         HON. COLLEEN McMAHON
                                         United States District Judge
                                         Southern District of New York

Dated:    New York, New York
              August 21, 2007